# **EXHIBIT A**

# **EXHIBIT A**

## EXHIBIT A

### BILLING SUMMARY BY PROFESSIONAL
### FOR SERVICES RENDERED BY DUANE MORRIS LLP
### FOR THE PERIOD JULY 5, 2009 THROUGH OCTOBER 31, 2009

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **PARTNERS:** | | | | |
| Ciambrone, Rosanne | Business Reorganization - 1988 | $560.00 | 362.80 | $203,168.00 |
| Davidson, Lawrence I. | Employment - 1975 | $575.00 | 1.70 | $977.50 |
| Goldberg, Seth A. | Trial - 1999 | $465.00 | 27.60 | $12,834.00 |
| Isaacson, Nicholas O. | Corporate - 1998 | $435.00 | 53.90 | $23,446.50 |
| Kaufman, David J. | Corporate - 1990 | $610.00 | 83.00 | $50,630.00 |
| Kaminski, Stanley R. | Corporate - 1980 | $560.00 | 0.50 | $280.00 |
| Kotler, Lawrence J. | Business Reorganization - 1989 | $550.00 | 1.70 | $935.00 |
| Olshin, Lewis R. | Trial - 1975 | $605.00 | 1.90 | $1,149.50 |
| Weiss, John R. | Business Reorganization - 1985 | $670.00 | 257.80 | $172,726.00 |
| Witt, Michael A. | Corporate - 1995 | $495.00 | 2.60 | $1,287.00 |
| Zimring, Jonathan | Employment - 1992 | $410.00 | 0.40 | $164.00 |
| **TOTAL PARTNERS** | | | **793.90** | **$467,597.50** |

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **ASSOCIATES & SPECIAL COUNSEL:** | | | | |
| Duffy, Gregory P. | Real Estate - 2005 | $365.00 | 38.30 | $13,979.50 |
| Hoffman, Matthew E. | Business Reorganization - 2005 | $325.00 | 221.00 | $71,825.00 |
| Long, Jennifer | Employment - 1996 | $310.00 | 10.20 | $3,162.00 |
| Loos, Dietrich A. | Corporate - 1998 | $430.00 | 0.60 | $258.00 |
| Olins, Matthew A. | Business Reorganization - 2001 | $390.00 | 467.80 | $182,442.00 |
| Ross, Sommer L. | Business Reorganization - 2004 | $340.00 | 0.30 | $102.00 |
| **TOTAL ASSOCIATES & SPECIAL COUNSEL** | | | **738.20** | **$271,768.50** |

| NAME OF PARAPROFESSIONAL | AREA OF EXPERTISE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| **PARALEGALS, INDEPENDENT CONTRACTORS AND LAW CLERKS:** | | | | |
| Bodie, Susan A. | Real Estate | $255.00 | 20.50 | $5,227.50 |
| Bonner, Laura | Business Reorganization | $280.00 | 1.80 | $504.00 |
| Gruppo, Beth A. | Business Reorganization | $290.00 | 9.50 | $2,755.00 |
| McDowell, Lisa M. | Corporate | $275.00 | 31.40 | $8,635.00 |
| Patterson, Tracy | Estates and Asset Planning | $270.00 | 1.70 | $459.00 |
| Stolz, Linda E. | Trial | $260.00 | 5.40 | $1,404.00 |
| Vernon, Cathleen P. | Corporate | $220.00 | 14.50 | $3,190.00 |
| **TOTAL PARAPROFFESIONALS** | | | **84.80** | **$22,174.50** |

- 3 -

| PROFESSIONALS TOTALS: | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---:|---:|
| Partners | 793.90 | $467,597.50 |
| Associates and Special Counsel | 738.20 | $271,768.50 |
| Paraprofessionals | 84.80 | $22,174.50 |
| **TOTAL FEES REQUESTED** | **1,616.90** | **$761,540.50** |