# **EXHIBIT C**

# EXHIBIT C

## SUMMARY OF EXPENSES INCURRED BY DUANE MORRIS LLP
## FOR THE PERIOD JULY 5, 2009 THROUGH OCTOBER 31, 2009

| EXPENSES | AMOUNTS |
|---|---:|
| AIR TRAVEL | $10,676.59 |
| LEXIS LEGAL RESEARCH | $2,479.80 |
| MESSENGER SERVICE | $579.02 |
| OUT-OF-TOWN TRAVEL | $2,592.51 |
| OVERNIGHT MAIL | $7,437.97 |
| POSTAGE | $2,710.50 |
| PRINTING & DUPLICATING | $22,144.00 |
| TELECOPY | $108.40 |
| TELEPHONE | $24.42 |
| WESTLAW LEGAL RESEARCH | $3,510.72 |
| **TOTAL EXPENSES REQUESTED** | **$52,263.53** |