**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE OCEANAIRE TEXAS RESTAURANT COMPANY, L.P., *et al.*,[1] | Case No.: 09-34262-bjh-11 |
| | Jointly Administered |
| Debtors. | |

**ORDER GRANTING FIRST INTERIM APPLICATION OF DUANE MORRIS LLP,**
**AS COUNSEL FOR CERTAIN OF THE DEBTORS, FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD OF JULY 5, 2009 THROUGH OCTOBER 31, 2009**

Having considered First Interim Application of Duane Morris LLP, as Counsel for

Certain of the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the

Period of July 5, 2009 through October 31, 2009 (the "Application"); and this Court having

jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§

157 and 1334; and consideration of the Application and the relief requested therein being a core

---

[1]     The other Debtors in these cases include The Oceanaire Restaurant Company, Inc., The Oceanaire, Inc., The Oceanaire Investment Company, Inc., The Oceanaire Minneapolis Restaurant Company, LLC, and The Oceanaire Texas Beverage Company, Inc.

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application and the hearing on the

Application (the "Hearing") having been provided, and it appearing that no other or further

notice need be provided; and upon the record of the Hearing, and all the proceedings had before

the Court; and this Court having determined that the relief sought in the Application is in the best

interests of the Debtors, their creditors, and all parties in interest in these jointly administered

Cases; and this Court having determined that the legal and factual bases set forth in the

Application establish just cause for the relief granted herein; and upon all of the proceedings had

before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY

ORDERED that the relief requested in the Application is hereby granted to the extent

provided herein; and it is further

ORDERED that, pursuant to Bankruptcy Code §§ 330 and 331, Duane Morris LLP

("Duane Morris") is granted and allowed compensation in the amount of $761,540.50 for

professional services rendered, and $52,263.93 for reimbursement of actual and necessary

expenses incurred, during the period of July 5, 2009 through October 31, 2009 (the "Application

Period"), for a total interim award of $813,804.43; and it is further

ORDERED that the amount of $761,540.50 is reasonable compensation for services

rendered by Duane Morris during the Application Period, and that $52,263.93 is reasonable for

actual and necessary expenses incurred by Duane Morris during the Application Period; and it is

further

ORDERED that the Debtors are authorized and directed to pay to Duane Morris the total

amount of $813,804.43; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters relating to

the interpretation or implementation of this Order.

### END OF ORDER ###

Prepared by:
John Robert Weiss (Admitted *pro hac vice*)
Rosanne Ciambrone *(Admitted pro hac vice)*
Matthew A. Olins (Admitted *pro hac vice*)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701
Email: maolins@duanemorris.com
Counsel For Certain of The Debtors and debtors-
in-possession