

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed December 16, 2009

United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE OCEANAIRE TEXAS RESTAURANT COMPANY, L.P., *et al.*,[1] | Case No.: 09-34262-bjh-11 |
| | Jointly Administered |
| Debtors. | |

## ORDER GRANTING FIRST INTERIM APPLICATION OF DUANE MORRIS LLP, AS COUNSEL FOR CERTAIN OF THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 5, 2009 THROUGH OCTOBER 31, 2009

Having considered First Interim Application of Duane Morris LLP, as Counsel for Certain of the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 5, 2009 through October 31, 2009 (the "Application"); and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core

---

[1] The other Debtors in these cases include The Oceanaire Restaurant Company, Inc., The Oceanaire, Inc., The Oceanaire Investment Company, Inc., The Oceanaire Minneapolis Restaurant Company, LLC, and The Oceanaire Texas Beverage Company, Inc.

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application and the hearing on the Application (the "Hearing") having been provided, and it appearing that no other or further notice need be provided; and upon the record of the Hearing, and all the proceedings had before the Court; and this Court having determined that the relief sought in the Application is in the best interests of the Debtors, their creditors, and all parties in interest in these jointly administered Cases; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY

ORDERED that the relief requested in the Application is hereby granted to the extent provided herein; and it is further

ORDERED that, pursuant to Bankruptcy Code §§ 330 and 331, Duane Morris LLP ("Duane Morris") is granted and allowed compensation in the amount of $761,540.50 for professional services rendered, and $52,263.93 for reimbursement of actual and necessary expenses incurred, during the period of July 5, 2009 through October 31, 2009 (the "Application Period"), for a total interim award of $813,804.43; and it is further

ORDERED that the Debtors are authorized and directed to pay to Duane Morris the total amount of $813,804.43; and it is further

ORDERED that the allowance of compensation and reimbursement granted herein is interim in nature, and the failure of any party to object to the Application shall not be construed as a waiver of any party's right to object to such allowance on a final basis; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

### END OF ORDER ###

Prepared by:
John Robert Weiss (Admitted *pro hac vice*)
Rosanne Ciambrone *(Admitted pro hac vice)*
Matthew A. Olins (Admitted *pro hac vice*)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701
Email: maolins@duanemorris.com
Counsel For Certain of The Debtors and debtors-in-possession