Joe E. Marshall
Texas Bar No. 13031100
Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE OCEANAIRE TEXAS RESTAURANT COMPANY, L.P., *et al.*,[1] | § § | Case No. 09-34262-bjh -11 |
| | § | Jointly Administered |
| Debtors. | § | |

## PLAN SUPPLEMENT TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

The Official Committee of Unsecured Creditors hereby submits this Plan Supplement as provided in Article XI.J of the *First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors Under Chapter 11 of the United States Bankruptcy Code* dated March 16, 2010.

---

[1] The other Debtors in these cases include The Oceanaire Restaurant Company, Inc., The Oceanaire, Inc., The Oceanaire Investment Company, Inc., The Oceanaire Minneapolis Restaurant Company, LLC, and The Oceanaire Texas Beverage Company, Inc.

# INDEX

| EXHIBIT | DOCUMENT |
|---------|----------|
| A | Articles of Incorporation |
| B | Bylaws |
| C | List of Executory Contracts to be Assumed (with cure amounts) |
| D | Retained Claims and Causes of Action |
| E | Officers and Directors |
| F | Creditor Trust Agreement |

DATED April 15, 2010

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

By: /s/ Joe E. Marshall
    Joe E. Marshall
    Texas Bar No. 13031100
    Deborah M. Perry
    Texas Bar No. 24002755

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLAN SUPPLEMENT TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE - Page 2**

MHDocs 2598224_1 11133.1