John Robert Weiss (Admitted *Pro hac vice*)
Rosanne Ciambrone *(*Admitted *Pro hac vice*)
Matthew A. Olins (Admitted *Pro hac vice*)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701
Email: maolins@duanemorris.com

-and-

Samuel M. Stricklin, State Bar No. 19397050
Brian C. Mitchell State Bar No. 24046452
Bracewell & Giuliani LLP
1445 Ross Avenue Suite 3800
Dallas, Texas 75202-2711
Telephone: (214) 758.1095
Facsimile: (214) 758.8395
Email: sam.stricklin@bgllp.com

Counsel For The Debtors And
Debtors-In-Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE OCEANAIRE TEXAS RESTAURANT COMPANY, L.P., *et al.*,[1] | Case No.: 09-34262-bjh-11 |
| | Jointly Administered |
| Debtors. | |

## AGENDA OF MATTERS FOR HEARING ON APRIL 26, 2010 AT 1:15 P.M.

### I. UNCONTESTED MATTERS

A.  SEVENTH STIPULATION AND ORDER EXTENDING FINAL ORDER (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, AND (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES PURSUANT TO 11 U.S.C. §§ 361, 362, AND 363

---

[1] The other Debtors in these cases include The Oceanaire Restaurant Company, Inc., The Oceanaire, Inc., The Oceanaire Investment Company, Inc., The Oceanaire Minneapolis Restaurant Company, LLC, and The Oceanaire Texas Beverage Company, Inc.

Response Deadline:   N/A

Status:   Although not noticed for hearing, the Debtors intend to submit a Seventh Stipulation and Order at the hearing that they anticipate will be approved in advance by the Agent for the Debtors' prepetition Lenders and the Official Committee of Unsecured Creditors providing for the Debtors' use of cash collateral through the Effective Date of the Plan referenced below.

Related Documents:

1. Final Order (I) Authorizing Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, and 363 [Docket No. 136] (as subsequently modified by six separate Stipulations and Orders at Docket Nos. 235, 283, 354, 396, 500, and 563)

## II. CONTESTED MATTERS

A. FIRST AMENDED JOINT PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS UNDER CHAPTER 11 OF THE UNTIED STATES BANKRUPTCY CODE [DOCKET NO. 540]

Response Deadline:   Objection Deadline: April 19, 2010 (as provided in the Order Approving the Disclosure Statement, April 23, 2010 for executory contract holders with contracts that are assumed or rejected as part of the auction and Plan)

Status:   Going forward.

Related Documents:

1. Amended Plan Supplement to the First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 632]

2. Supplement to Declaration of Kathryn A. Pamenter of the Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes on and Results of Voting with Respect to the First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 633] and Declaration of Kathryn A. Pamenter of the Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes on and Results of Voting with Respect to the First Amended Joint Plan of Reorganization Proposed by the Debtors and Official

<blockquote>

Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 621]

3. Objection of Dallas County and Harris County to Confirmation of the First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 619]

4. Objection of V.K.O Enterprises, Inc. to First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 617]

5. Debtors' Response to Objection of V.K.O Enterprises, Inc. to First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 634]

6. Clarion's Limited Objection to First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 618]

7. Official Committee of Unsecured Creditors' Response to Clarion's Limited Objection to First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 631]

8. Limited Objection of Centro Properties Group, Gaslamp Retail Phase One, Ltd., CPI-Sage ETH Denver LLC and Galleria Investors LP to Confirmation of Debtors' First Amended Joint Plan of Reorganization Proposed by the Debtors and Official Committee of Unsecured Creditors under Chapter 11 of the United States Bankruptcy Code [Docket No. 629]

</blockquote>

Dated: April 25, 2010

By: /s/ Matthew A. Olins
John Robert Weiss (Admitted *pro hac vice*)
Rosanne Ciambrone (Admitted *pro hac vice*)
Matthew A. Olins (Admitted *pro hac vice*)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701
Email: maolins@duanemorris.com

-and-

By: /s/ Brian C. Mitchell
Samuel M. Stricklin, State Bar No. 19397050
Brian C. Mitchell State Bar No. 24046452
Bracewell & Giuliani LLP
1445 Ross Avenue Suite 3800
Dallas, TX 75202-2711
Telephone: (214) 758.1095
Facsimile: (214) 758.8395
Email: sam.stricklin@bgllp.com

Counsel For The Debtors And
Debtors-In-Possession