U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*Barbara J. Houser*

**United States Bankruptcy Judge**

**Signed August 13, 2010**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE OCEANAIRE TEXAS RESTAURANT COMPANY, L.P., *et al.*,[1] | Case No.: 09-34262-bjh-11 |
| | Jointly Administered |
| Debtors. | |

### ORDER GRANTING SECOND INTERIM AND FINAL APPLICATION OF DUANE MORRIS LLP, AS COUNSEL FOR CERTAIN OF THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Having considered the Second Interim and Final Application of Duane Morris LLP, as Counsel for Certain of the Debtors, for Allowance of Compensation and Reimbursement of Expenses (the "Application");[2] and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the

---

[1] The other Debtors in these cases include The Oceanaire Restaurant Company, Inc., The Oceanaire, Inc., The Oceanaire Investment Company, Inc., The Oceanaire Minneapolis Restaurant Company, LLC, and The Oceanaire Texas Beverage Company, Inc.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application and the hearing on the Application (the "Hearing") having been provided, and it appearing that no other or further notice need be provided; and upon the record of the Hearing, and all the proceedings had before the Court; and this Court having determined that the relief sought in the Application is in the best interests of the Debtors, their creditors, and all parties in interest in these jointly administered Cases; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY

ORDERED that, the relief requested in the Application is hereby granted to the extent provided herein; and it is further

ORDERED that, Duane Morris is granted and allowed compensation in the amount of $814,966.50 for professional services rendered during the Interim Application Period; and it is further

ORDERED that, Duane Morris is granted and allowed reimbursement of expenses incurred in the amount of $63,991.75 for the Interim Application Period; and it is further

ORDERED that, the amount of $814,966.50 is reasonable compensation for services rendered by Duane Morris during the Interim Application Period, and that $63,991.75 is reasonable for actual and necessary expenses incurred by Duane Morris during the Interim Application Period; and it is further

ORDERED that, Creditor Trustee (as that term is defined in the Plan) is authorized and directed to pay to Duane Morris the total amount of $878,958.25; and it is further

ORDERED that, Duane Morris is granted final allowance and approval of compensation in the amount of $1,576,507.00 for professional services rendered on behalf of the Debtors during the Final Application Period; and it is further

ORDERED that, Duane Morris is granted final allowance and approval of reimbursement of actual and necessary expenses incurred in connection with the services rendered during the Final Application Period in the amount of $116,255.68; and it is further

ORDERED that, the amount of $1,576,507.00 is reasonable compensation for services rendered by Duane Morris during the Final Application Period, and that $116,255.68 is reasonable for actual and necessary expenses incurred by Duane Morris during the Final Application Period; and it is further

ORDERED that, this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

### END OF ORDER ###

Prepared by:
John Robert Weiss (Admitted *pro hac vice*)
Rosanne Ciambrone *(Admitted pro hac vice)*
Matthew A. Olins (Admitted *pro hac vice*)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701
Email: maolins@duanemorris.com
Counsel For Certain of The Debtors and debtors-in-possession